NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Judi.Harper@usdoj.gov
Assistant United States Attorney
310 West Sixth Street
Medford, Oregon  97501
Telephone:  (541) 776-3564
Attorneys for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSORTED GOLD BARS, COINS, AND COLLECTIBLES, *in rem*,<br><br>    Defendants. | 6:24-mc-982<br><br>**UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Larry Roloff, attorney for claimant Jason Ruppel, who concurs with this extension.

On July 1, 2024, Jason Ruppel filed a claim in a non-judicial civil forfeiture proceeding by the Drug Enforcement Administration to the Assorted Gold Bars, Coins, and Collectibles seized from Jason Ruppel on or about April 18, 2024.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Jason Ruppel, agree to extend the time in which the United States will file a complaint for forfeiture against the

Assorted Gold Bars, Coins, and Collectibles or to obtain an indictment alleging that the assets are subject to forfeiture. Jason Ruppel agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Tuesday, November 26, 2024.

Jason Ruppel agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until November 26, 2024, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States and Jason Ruppel shall not seek its return for any reason in any manner.

DATED: **September 24, 2024**         Respectfully submitted,

                                                       NATALIE K. WIGHT
United States Attorney

s/ *Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period and a proposed Order on the party herein by sending via email on September 24, 2024, to:

Larry Roloff
roloffaal@yahoo.com
  Attorney for claimant Jason Ruppel

                                                  s/ *Dawn Susuico*
                                                  DAWN SUSUICO
                                                  Paralegal